Todd Blanche
Acting Attorney General of the United States
Laurel J. Holland
Assistant United States Attorney
Eastern District of Washington
Post Office Box 21
Richland, WA 99352
Telephone:  (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 7 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SKY STEVEN BENNETT,<br><br>Defendant. | 4:26-CR-6018-MKD<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

On or about April 20, 2026, in the Eastern District of Washington, the Defendant, SKY STEVEN BENNETT, having previously been convicted of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), in the Eastern District of Washington, Case No. 2:13-CR-6062-WFN, did knowingly possess material that contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; which had been mailed, shipped and transported in, or using any means or facility of, interstate and foreign commerce by any means, including by computer, and which were produced

INDICTMENT – 1

using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of the child pornography charge set forth in this Indictment, the Defendant, SKY STEVEN BENNETT, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to: a 4GB SD card

DATED this 6 day of May, 2026.

Todd Blanche
Acting Attorney General

Alison L. Gregoire
Criminal Chief

Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 2